IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS C. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 11-1580 |
| | ) | Judge Nora Barry Fischer |
| MON RIVER TOWING, INC., CONSOL ENERGY SALES COMPANY, *and* CONSOL ENERGY, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**O R D E R**

AND NOW, this 23rd day of April, 2013, upon consideration of Defendants' Motion to Quash and/or for Protective Order (Docket No. 42), Plaintiff's Opposition thereto (Docket No. 44), Defendants' Reply (Docket No. 45), Chief Magistrate Judge Lenihan's Report and Recommendation (Document No. [61]) to which no objections have been made within (14) days from the date of issuance, independent review of the record and in accord with the Magistrate Judges Act, 28 U.S.C. ' 636(b)(1)(A), and Rule 72.C.2 of the Local Rules of Court,

IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 61) of Chief Magistrate Judge Lisa Pupo Lenihan dated April 3, 2013 is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Defendants' Motion to Quash and/or for Protective Order (Document No. 42) is GRANTED, IN PART and DENIED, IN PART, in accordance with the Report and Recommendation of Chief Magistrate Judge Lenihan and Attachment A thereto.

IT IS FURTHER ORDERED that the Third Party Administrator agreement, subject to

redaction of any confidential or proprietary information, and all documents to be produced in accord with Appendix A of the Report and Recommendation, are due to Plaintiff by **May 19, 2013.**

Nora Barry Fischer
United States District Judge

cc/ecf:   United States Magistrate Judge Lisa Pupo Lenihan

All Counsel of Record by electronic filing